# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

No. 15-10995
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 18, 2016

Lyle W. Cayce
Clerk

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CESAR ADAN VELASQUEZ-MORALES, also known as Cesar Adam Velasquez, also known as Cesar Velasquez,

Defendant-Appellant

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CR-50-1

---

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Cesar Adan Velasquez-Morales raises an argument that is foreclosed by *Almendarez-Torres v. United States,* 523 U.S. 224, 228, 235 (1998), which held that convictions used to enhance a sentence under 8 U.S.C. § 1326(b)(2) need not be set forth in the indictment. Accordingly, the motion for summary affirmance is GRANTED,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-10995

the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.